## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## FLINT DIVISION

JOHN T. MALONEY,

             Plaintiff,

VS.

BIOMET, INC., BIOMET
ORTHOPEDICS, LLC, BIOMET
MANUFACTURING CORP.,
AND BIOMET US
RECONSTRUCTION, LLC,

             Defendants.

CASE NO. 4:21-CV-12585-TGB-PTM

DISTRICT JUDGE TERRENCE G. BERG

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have previously filed a Stipulation of Dismissal With Prejudice indicating that all claims in this lawsuit are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS THEREFORE ORDERED that the Complaint filed by the plaintiff, John T. Maloney, against Defendants Biomet, Inc., Biomet Orthopedics, LLC, Biomet Manufacturing Corp.[1], and Biomet US Reconstruction, LLC  is dismissed, with prejudice.

---

[1] Defendant Biomet Manufacturing, LLC is incorrectly named as Biomet Manufacturing Corp.

4871-3544-2970 v1 [63631-29]

This is a final order and closes the case.

/s/Terrence G. Berg_____
United States District Judge
Eastern District of Michigan

Dated:  April 7, 2022